**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br>**Daniela Dinorha Castro-Borbon**<br>DOB: 1994; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-04068MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(2)(B)(ii) & 1324(a)(2)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about October 11, 2026, in the District of Arizona, **Daniela Dinorha Castro-Borbon**, knowing that certain illegal aliens, including Elena Badillo-Hernandez, did not have authorization to come to, enter, or reside in the United States, did bring them to the United States with the intent to violate the United States immigration laws, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(2)(B)(ii).**

**COUNT 2 (Misdemeanor)** On or about October 11, 2026, in the District of Arizona, **Daniela Dinorha Castro-Borbon**, knowing that certain illegal aliens, including Elena Badillo-Hernandez, did not have authorization to come to, enter, or reside in the United States, did bring them to the United States with the intent to violate the United States immigration laws; in violation of **Title 8, United States Code, Section 1324(a)(2)(A).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 11, 2026, in the District of Arizona (Nogales) at approximately 9:39 a.m. Customs and Border Protection Officers (CBPOs) encountered **Daniela Dinorha Castro-Borbon** applying for admission into the United States from Mexico through the primary vehicle lanes at the DeConcini Port of Entry in Nogales, Arizona. **Castro-Borbon** presented her valid DSP-150 Laser Visa to CBPOs. **Castro-Borbon** was traveling with her friend, who presented her valid DSP 150 Laser Visa, and an adult female later identified as Elena Badillo-Hernandez presented a valid DSP 150 Laser Visa bearing the name of Xochitl Guevara-Cumplido. **Castro-Borbon** stated the purpose of their travel was to go shopping in Tucson, Arizona. CBPOs performed an imposter check on all occupants of the vehicle and were unsure if the identity of the front passenger Guevara matched that of the document presented. CBPOs referred the vehicle and vehicle occupants to secondary and requested to verify the identity of the adult female passenger who was sitting in the front passenger seat. In secondary **Castro-Borbon** was asked how the vehicle occupants knew each other and she stated the front passenger was her friend's mother and that she had known her for two months. The occupants were separated and asked to exit the vehicle. The front female passenger, whose real name is Elena Badillo-Hernandez, was asked to step out of the vehicle and was taken to the Secondary Pedestrian Facial Recognition system where the results indicated a mismatch with the visa she had presented. Badillo was determined to be a citizen and national of Mexico. Record checks revealed Badillo does not possess the proper documentation to enter, pass through, or remain in the United States legally.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Elena Badillo-Hernandez

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Customs and Border Protection Officer<br>Ernesto Guerra |
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>October 13, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA: Enderle

**Continued from front page.**

Material witness Elena Badillo-Hernandez stated she is a citizen and national of Mexico. She admitted in a sworn statement to CBPOs she applied for admission into the United States on the above date with the intention of traveling to Seattle, WA. She flew to Hermosillo, Sonora, Mexico and stayed in a house for 15 days then the two females picked her up at the house to drive her to the U.S. They stopped in Nogales, Sonora, Mexico and the driver **Castro-Borbon** took her to a business that was closed and they met with a man in the hallway. Badillo gave a man her real documents and he gave her the visa and Mexican driver's license. Badillo did not know the female on the DSP-150 laser visa she was presenting. Badillo does not have any document issued by a legal authority that permits you to enter, reside, or be lawfully employed in the United States of America.

After waving her *Miranda Rights* principal **Daniela Dinorha Castro-Borbon** stated her friend asked her two weeks ago if she could take her mother-in-law Xochitl to Tucson, Arizona to shop. She was asked to pick up Xochitl at the gas station located on the way out of Hermosillo, take her Tucson to shop and then bring her home. She was told that Xochitl had a valid visa to enter the United States. She received a call via WHATSAPP from her friend and told her they were at the gas station waiting for her. When she arrived at the gas station, she saw Xochitl get out of the car and walked over to her car. Xochitl asked if she could sit in the front seat as she gets dizzy riding in the backseat. They drove to the Port of Entry. They did not discuss what they were going to state to CBPOs when they arrived at the Port of Entry. When she presented the visas to the Officer, she was asked where they were going and how they knew each other. She told the CBPOs they were friends and that they were going shopping. She did not intend to lie to the CBPOs when asked about how they knew each. She never asked to see the visa that the adult female was going to present. She stated she was not hired to smuggle the adult female and has never smuggled anyone into the United States.